# Exhibit 1



**OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE**
**WASHINGTON, DC 20301-1300**

**LEGISLATIVE AFFAIRS**

Feb 10 2020

The Honorable James M. Inhofe
Chairman
Committee on Armed Services
United States Senate
Washington, DC  20510

Dear Mr. Chairman:

    Enclosed please find the report required by Section 651 of the NDAA for FY 2020. The report requires that the Secretaries of the military departments, after consulting with the Secretary of State, shall jointly submit to the Committees on Armed Services of the Senate and House of Representatives a report on each approval for employment or compensation from a foreign government for a retired member of the armed forces in general or flag officer grade that was issued during the preceding year.

    The Department appreciates the opportunity to provide information on its efforts in this area. A similar letter has been sent to the House Armed Services Committee.

Sincerely,

Robert R. Hood
Assistant Secretary of Defense
 for Legislative Affairs

Enclosure:
As stated

cc:
The Honorable Jack Reed
Ranking Member

USAF:
CY 2019 Approvals (1 approval)
CY 2018 Approvals (3 approvals)
CY 2017 Approvals (4 approvals)
CY 2016 Approvals (3 approvals)
CY 2015 Approvals (2 approvals)

US Army:
CY 2019 Approvals (16 approvals)
CY 2018 Approvals (3 approvals)
CY 2017 Approvals (4 approvals)
CY 2016 Approvals (0 approvals)
CY 2015 Approvals (2 approvals)

US Navy:
CY 2019 Approvals (0 approvals)
CY 2018 Approvals (4 approvals)
CY 2017 Approvals (6 approvals)
CY 2016 Approvals (3 approvals)
CY 2015 Approvals (8 approvals)

USMC:
CY 2019 Approvals (2 approvals)
CY 2018 Approvals (1 approval)
CY 2017 Approvals (3 approvals)
CY 2016 Approvals (2 approvals)
CY 2015 Approvals (1 approval)