# Exhibit 11

EXPEDITED Freedom of Information Act Request records about Foreign Government Employment (FGE)

Jones, Nate <Nate.Jones@washpost.com>
Tue 10/13/2020 2:30 PM

**To:** FOIARequest@state.gov <FOIARequest@state.gov>

THE WASHINGTON POST
1301 K STREET, N.W.
WASHINGTON, D.C. 20071-7403

October 13, 2020

U.S. Department of State
Office of State-Defense Integration
Bureau of Political-Military Affairs
VIA EMAIL
FOIARequest@state.gov

Re:  EXPEDITED Freedom of Information Act Request records about Foreign Government Employment (FGE)

Dear Information Officer:

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

*All records related to Foreign Government Employment Requests (FGE).  This request includes but is not limited to all State Department approvals and denials of FGE requests. The timeframe for this request is January 1, 2015 until the request is processed.*

I am a representative of the Washington Post, a news media organization primarily engaged in the dissemination of information that is urgently needed to inform the public of actual or alleged Federal Government activity. **This request qualifies for expedited processing** because:
1) knowledge of retired military officers working for foreign governments is a matter of current exigency to the American public;
2) delay in releasing information about retired military officers working for foreign governments will compromise the recognized public interest in being informed of the public debate about interplay between U.S. national security officials and foreign governments (See "Generals Turned Fatcat Lobbyists," Foreign Policy);
3) Application records for Foreign Government Employment are clearly federal government activity; and
4) there are credible claims, including by members of the House Armed Services Committee, that aspects of the government's activity in overseeing Foreign Government Employment applications is improper. (See "Congresswoman Speier Calls for Full Accountability of Flynn for Failing to Seek Approval for Foreign Payments**.")**
I certify that this information is true and correct to the best of my knowledge. (See *Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001); *Bloomberg, L.P. v. U.S. Food & Drug Admin.*, 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007).

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires under 5

U.S.C. § 552(a)(8), **please release all segregable, non-exempt portions** of documents.  To permit me to reach an intelligent and informed decision whether to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As required by the statute, please review whether there is any foreseeable harm from disclosing the requested records, or if any potential harm would be limited in comparison to the public interest in disclosure.  As required by 5 U.S.C. § 552(a)(8), please release all such information, even if it technically may fall under a FOIA exemption.

As a representative of the news media, The Washington Post qualifies for **news media fee status** under 5 U.S.C. § 552(a)(4)(A)(ii)(II) and, therefore, may not be charged search and review fees. (See *National Security Archive v. U.S. Department of Defense*, 880 F.2d 1381 (D.C. Cir. 1989), cert denied, 110 S Ct. 1478 (1990)). This request is made as part of a scholarly and news research project that is intended for publication and is not for commercial use. For details on the Post's news reporting activities please see our website at www.washingtonpost.com.

As you know, 5 U.S.C. § 552(a)(4)(A)(viii)(I) prohibits agencies from charging news media organizations duplication fees if the agency does not meet its twenty working day time limit (thirty working days for "unusual" requests).

Additionally, because this information will be used by the Washington Post for the preparation of news articles that will be broadly disseminated to the general public, it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in the Post's commercial interest.  As such, please grant a **fee waiver** for any remaining fees incurred.

Please notify me before incurring any cost over $100.

To expedite the release of the requested documents, please disclose them on an interim basis in **electronic format** as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding my request, including its scope, please contact me at nate.jones@washpost.com

Sincerely,
/**S**/
**Nate Jones**


Nate Jones
FOIA Director
The Washington Post
@FOIANate