UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WP COMPANY LLC,　　　　　　　　　)
d/b/a THE WASHINGTON POST,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　　　　Civil Action No. 21-1025 (APM)
　　　　　　　　　　　　　　　　　)
U.S. DEPARTMENT OF DEFENSE, et al.,　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendants.　)
　　　　　　　　　　　　　　　　　)

## DECLARATION OF SUSAN C. WEETMAN

Pursuant to 28 U.S.C. § 1746, I, Susan C. Weetman, declare and state as follows:

1.　　　I serve as the Deputy Director of the Office of Information Programs and Services

("IPS") of the United States Department of State (the "Department" or "State"), a capacity in

which I have served since August 4, 2019. Prior to serving in this capacity, I served as the Chief

of the Programs and Policies Division of IPS since May 15, 2016. Prior to that, I was the Branch

Chief for Litigation and Appeals within the Programs and Policies Division of IPS since March

10, 2013.

2.　　　I am familiar with the efforts of Department personnel to process the FOIA

request that is the subject of this litigation. I am in charge of coordinating the agency's search

and processing efforts with respect to that request. I make the following statements based upon

my personal knowledge, which in turn is based upon information furnished to me in the course

of my official duties.

3.　　　In accordance with the Parties' mutual agreement as reported in the September 9,

2021, Joint Status Report, ECF No. 18, this Declaration and the attached *Vaughn* Index, *see*

Exhibit A, are limited to identifying and explaining the FOIA exemptions applied in processing

1

the foreign government employment ("FGE") final determination letters (the "FGE Letters")

processed in response to Plaintiff's FOIA request.

**I.     Administrative and Procedural History**

4.      In a letter dated October 13, 2020, Plaintiff submitted a FOIA request to the

Department seeking access to "[a]ll records related to Foreign Government Employment

Requests (FGE) . . . includ[ing] but . . . not limited to all State Department approvals and denials

of FGE requests." *See* Exhibit B.

5.      By letter dated October 14, 2020, IPS formally acknowledged receipt of

Plaintiff's FOIA request and initially assigned it Case Control Number F-2021-00284. *See*

Exhibit C.  After Plaintiff filed its Complaint on April 13, 2021, the Department reassigned it

Case Control Number FL-2021-00435.

6.      During May and June 2021, the Department ran preliminary searches in response

to Plaintiff's FOIA request and the Parties engaged in narrowing negotiations.

7.      During a status conference dated July 9, 2021, the Court directed the Parties to

accelerate summary judgment briefing, based on the Court's understanding that the Department's

agency co-Defendants could finish processing all of the records in their possession that were

potentially responsive to Plaintiff's request within a few months.  However, recognizing that the

universe of potentially responsive records preliminarily identified by the State Department would

take a longer processing period, the Court left open the possibility that a second round of

summary judgment briefing may be required with regard to the State Department.

8.      Following the July 2021 status conference, the Department and Plaintiff engaged

in negotiations aimed at addressing what categories of records, if any, the Department would

process and release prior to the Court's accelerated summary judgment deadline.  Through those

negotiations and the Parties' earlier narrowing discussions, the Department informed Plaintiff of

the existence of the FGE Letters and notified Plaintiff that it had already retrieved the full universe of FGE Letters in connection with another litigation. The Parties therefore mutually agreed that the Department would process and produce only the FGE Letters in advance of and to facilitate an initial round of summary judgment briefing, and that the Department would suspend processing or producing any other materials potentially responsive to Plaintiff's FOIA request until that initial briefing had been adjudicated.

9.      In their subsequent Joint Status Report dated September 9, 2021, the Parties reported that mutual agreement to the Court.

10.      On September 10, October 29, and December 6, 2021, the Department released in part 424 FGE Letters identified as responsive to Plaintiff's FOIA Request.

## II.   The Department's Claimed FOIA Exemptions

11.      The *Vaughn* Index that accompanies this Declaration (Ex. A) has been divided into two parts. Most of the FGE Letters processed in connection with Plaintiff's FOIA request contain identical categories of information, and the Department therefore asserted one or more of the same five basic withholdings over each of those documents. However, a small subset of the FGE Letters also contain unique information that required particularized treatment. The first part of the Department's *Vaughn* Index ("Part A") describes the FGE Letters that contain unique information and provides justifications for any withholdings applied to that information. The second part of the Department's *Vaughn* Index ("Part B") identifies the remaining FGE Letters released in response to Plaintiff's FOIA request and catalogues which of the five basic withholdings the Department applied to each of those letters.

## A.    FOIA Exemption 4 – Business Information

12.    5 U.S.C. § 552(b)(4) states that the FOIA does not apply to matters that are "trade secrets and commercial or financial information obtained from a person and privileged or confidential."

13.    This exemption is intended to protect the interests of both the government and submitters of information. Its very existence encourages submitters to voluntarily furnish useful commercial or financial information to the government and it correspondingly provides the government with an assurance that such information will be reliable. The exemption also affords protection to those submitters who are required to furnish commercial or financial information to the government by safeguarding them from the competitive disadvantages that could result from disclosure.[1] Exemption 4 covers two broad categories of information in federal agency records: (1) trade secrets; and (2) information that is (a) commercial or financial, (b) obtained from a person, and (c) privileged or confidential.

14.    The Department withheld commercial information that was generated and voluntarily submitted by two former service members and their prospective employers in connection with their FGE applications, as a means of explaining why the applicants' prospective employment would qualify as foreign government employment within the meaning of 37 U.S.C. § 908. The Department found that this information was submitted voluntarily and is privileged and confidential within the meaning of FOIA Exemption 4, 5 U.S.C. § 552(b)(4). It consists of information that the applicants' and their prospective employer would not customarily

---

[1]    *See* Attorney General's Memorandum for Heads of All Federal Departments and Agencies Regarding the Freedom of Information Act (Oct. 12, 2001), *reprinted in FOIA Post* (posted 10/15/01) (recognizing fundamental societal value of "protecting sensitive business information").

disclose to the public and that the prospective employer deemed commercially and financially sensitive.

### B.   FOIA Exemption 6 – Personal Privacy

15.     5 U.S.C. § 552(b)(6) states that the FOIA does not apply to "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy."

16.     Courts have interpreted the language of Exemption 6 broadly to encompass all information that applies to an individual without regard to whether it was located in a particular type of file. Inasmuch as information withheld under FOIA Exemption 6 identifies a specific individual, a personal privacy interest exists in the information. I am required, therefore, to determine whether there exists any public interest in disclosure and, if a public interest is implicated, to weigh any such interest against the privacy interest to determine whether disclosure would constitute a clearly unwarranted invasion of personal privacy.

17.     As detailed in the attached *Vaughn* Index, the Department did not withhold any records in full in this case. In fact, the Department released the vast majority of the information contained in each of the FGE Letters, as seen in the example as-produced FGE Letter appended to this Declaration. *See* Exhibit D. However, the Department did withhold certain information pursuant to Exemption 6 from all 424 of the released FGE Letters in order to protect the personal privacy of Service Branch officials, State Department personnel, and FGE applicants. Specifically, the Department withheld (1) the names of all current and former Service Branch officials—including FGE applicants—ranked below the O-7 level; (2) the names and contact information of all State Department personnel ranked below the Deputy Assistant Secretary ("DAS") level; (3) handwritten signatures of State Department personnel; and (4) retired service members' Social Security numbers. The Department also withheld (5) the name of certain FGE

applicants' closely-held companies and/or sole proprietorships in A-00000224663,

A-00000225676, and A-00000224741, which could be used to determine the applicants'

identities; and (6) an FGE applicant's salary and compensation information in A-00000224911.

### Names of Service Branch Officials

18.    At the direction of the Department's agency co-Defendants, the Department

withheld the names of current and former military service branch officials—including FGE

applicants—ranked below the O-7 level from 382 FGE Letters.

19.    Consistent with the direction it received from the military service branches and

the approach taken by the Department's co-Defendants in this case, the Department withheld the

names of military personnel ranked at or below the O-6 level and released the names of

personnel ranked O-7 or above.  There is a significant risk that releasing the names of working-

level military personnel in connection with Plaintiff's FOIA request would subject those

individuals to harassment and unwanted attention.  Such release would therefore harm those

individuals' privacy interests, including their privacy interest in conducting official U.S.

Government duties free from harassment.

20.    Additionally, the Department withheld the names of FGE applicants who, though

now retired from the military service and no longer in the employ of the U.S. Government, once

held a rank of O-6 or below.  All former military officials are required by statute to submit FGE

requests to their former service branch when considering accepting an employment opportunity

associated with a foreign government, even if they were only a working-level military official

prior to their retirement from the armed forces.  Disclosure of such working-level officials'

identities would unfairly harm their public reputation and subject them to harassment or

retaliation.  Moreover, because these individuals are no longer employed by the United States

and because their former roles within the armed forces were sufficiently junior, the disclosure of

their specific identities would not serve any public interest, nor would it lend any increased

understanding to how the Department or the military service branches evaluate FGE applications

or make FGE determinations.

## Names and Contact Information of State Department Officials

21.     The Department withheld the names and contact information of Department

employees who occupy positions below the rank of Deputy Assistant Secretary from 256 FGE

Letters.

22.     There is a substantial risk that the working-level employees who appear in the

responsive documents produced in response to Plaintiff's FOIA request could face harassment

and unwanted attention if their identities and/or contact information were released.  Such release

would therefore harm the individuals' privacy interests, including their privacy interest in

conducting official duties free from harassment.

23.     Indeed, as one example, I have been made aware of an instance in which a

working-level Department employee was contacted directly by counsel for an opposing party in

litigation against the Department concerning a policy matter.  It appears that the counsel obtained

the employee's name and/or contact information from a document released through the FOIA

process.  This type of contact, made outside of existing, appropriate channels for such requests,

impedes Department employees' ability to perform their functions and seeks engagement beyond

the scope of those functions.  The release of the names of working-level employees ostensibly

connected to Department policy matters opens them up to further inappropriate contact and

harassment.

24.     The privacy interest of working-level employees in non-disclosure of their

identities and contact information outweighs any public interest in the release of such identifying

information.  There is limited public interest in knowing the exact identity or contact information

of the working-level Department employees involved in the FGE adjudication process because those details reveal little to no additional information about the activities of the U.S. Government. Moreover, the Department has provided Plaintiff with information about the employees whose identities and contact information are withheld that does shed light on U.S. Government operations. In particular, the Department has released the employees' non-identifying titles where they appear in the FGE Letters as well as the Department component with which the employees are affiliated. In addition, the Department has released the names of more senior employees who have primary responsibility over policymaking (*i.e.*, those at the Deputy Assistant Secretary level and above).

### Handwritten Signatures

25.     The Department withheld the handwritten signatures of State personnel from 424 FGE Letters. The release of Department officials' handwritten signatures would subject those officials to a significant risk of harassment, forgery, and/or identity theft, thus harming those officials' privacy interests. Moreover, the signatures alone provide no insight whatsoever into the Department's functions or its adjudication of FGE applications. That information therefore falls squarely within the categories of sensitive personal information generally viewed as implicating a privacy interest, and there is no public interest whatsoever in its release.

### Social Security Numbers

26.     The Department withheld the Social Security numbers of FGE applicants from 418 FGE Letters. The release of that information would significantly harm their owners' personal privacy and there is no public interest in release. It is my understanding that Plaintiff has agreed not to challenge these withholdings.

### Closely-Held Company Names

27.    The Department withheld pursuant to Exemption 6 the names of closely-held companies or sole proprietorships owned by the FGE applicants and referenced in A-00000224663, A-00000225676, and A-00000224741.  If released, those company names would allow the public to quickly and easily identify the applicants implicated in the FGE Letters, given the exceedingly small number of individuals associated with the companies in question.  Release of that information would therefore have the same practical effect as releasing the FGE applicants' names.  And, as already noted above, the FGE applicants' identities warrant protection because those individuals are no longer employed by the United States, their former roles within the armed forces were sufficiently junior, and such disclosure would not lend any increased understanding to how the Department evaluates FGE applications or makes FGE determinations.

### Salary and Compensation Information

28.    Finally, the Department withheld an FGE applicant's salary and compensation information from A-00000224911.  That FGE applicant's identity has been released because the applicant held a rank at the O-7 level or above.  The salary and compensation information contained A-00000224911 therefore would inevitably be tied to that FGE applicant, and release of that information would constitute an unwarranted invasion of privacy and would risk subjecting the applicant to embarrassment and harassment.  On the other side of the balancing analysis, release of the salary and compensation information would provide no insight into the Department's FGE adjudication procedures.  The withheld information is therefore properly protected from release under Exemption 6.

* * *

29.     As to all of the information withheld pursuant to FOIA Exemption 6, I have

concluded that (1) an individual has a privacy interest in the information withheld; and

(2) disclosure of the information would not serve the "core purpose" of the FOIA, *i.e.*, it would

not disclose information about "what the government is up to." Accordingly, I have determined

that the privacy interests in the withheld information clearly outweigh any public interest in

disclosure of such personal information.

### III.    Segregability Analysis

30.     The Department has conducted a line-by-line review of the 426 FGE Letters in

which contested withholdings remain and has segregated and released all reasonably segregable,

non-exempt information. The Department has determined that no additional segregation of

meaningful information in the contested withholdings could be made without disclosing

information warranting protection under the law.


* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, and that the accompanying *Vaughn* Index is true and correct.


Executed this ___14th___ day of December 2021, Washington, D.C.


Susan C. Weetman

Susan C. Weetman

# EXHIBIT A

# *WP Co. LLC v. U.S. Dep't of Def., et al.* (Case No. 21-cv-1025)

## FOIA Request FL-2021-00435

## Exhibit A—*Vaughn* Index (December 14, 2021)

\* \* \*

## Part A:  Records with Unique Redactions

| Bates No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| (1–3) | | | | | | |
| A-00000224663 | Letter | 1 | 1/16/2014 | The U.S. Department of State's Bureau of Political-Military Affairs ("PM") and the U.S. Navy's Bureau of Naval Personnel | Release in Part ("RIP") | (b)(6) |
| A-00000224676 | Letter | 1 | 5/1/2017 | PM and the U.S. Navy's Bureau of Naval Personnel | | |
| A-00000224741 | Letter | 1 | 1/28/2016 | PM and the U.S. Army's Director of Personnel Management | | |

**DESCRIPTION:**  These letters were prepared by PM officials to convey the U.S. Department of State's (the "Department") final determination on certain foreign government employment ("FGE") applications, in compliance with the Department's obligations as set out in 37 U.S.C. § 908.

The Department withheld the names and signatures of Department officials below the Deputy Assistant Secretary ("DAS") level from the letters stamped -663, -676, and -741; withheld the names of military service branch officials ranked at the O-6 level or below from the letters stamped -663 and -676; and withheld FGE applicants' names and Social Security numbers from the letters stamped -663, -676, and -741.  All of those withholdings were made pursuant to Exemption 6.  Descriptions and justifications for those withholdings are provided in the Declaration that accompanies this *Vaughn* Index.

| Bates No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| The Department also withheld from each of these three letters the names of closely-held companies or sole proprietorships owned by the FGE applicants.  Those withholdings were also made pursuant to Exemption 6.  If released, the names of those companies and/or sole proprietorships would allow the public to quickly and easily identify the applicants implicated in the FGE Letters, given the exceedingly small number of individuals associated with the companies in question.  Release of that information would therefore have the same practical effect as releasing the FGE applicants' names, and as set out in more detail in the Declaration that accompanies this *Vaughn* Index, these FGE applicants' identities warrant protection because they are no longer employed by the United States, their former roles within the armed forces were sufficiently junior, and such disclosure would not lend any increased understanding to how the Department evaluates FGE applications or makes FGE determinations.  As a result, release of this information would constitute an unwarranted invasion of personal privacy, and the information is exempt from disclosure under FOIA Exemption 6.<br><br>The Department conducted a line-by-line review of these letters and determined that there is no additional meaningful, non-exempt information that can be reasonably segregated and released. | | | | | | |
| **(4)** | | | | | | |
| A-00000224911 | Letter | 2 | 7/18/2018 | PM and the U.S. Army's Director of Personnel Management | RIP | (b)(6) |
| **DESCRIPTION:**  This letter was prepared by Department officials within PM to convey the Department's final determination on an FGE application, in compliance with the Department's obligations as set out in 37 U.S.C. § 908.<br><br>The Department withheld the signature of a Department official and the FGE applicant's Social Security number pursuant to Exemption 6.  Descriptions and justifications for those withholdings are provided in the Declaration accompanying this *Vaughn* Index.<br><br>The Department also withheld pursuant to Exemption 6 the FGE applicant's salary and compensation information.  The Department has released the identity of the FGE applicant implicated in this letter, because that individual formerly held a rank at the O-7 level or above.  The salary and compensation information contained in this letter therefore would inevitably be tied to that FGE applicant, and release of that information would constitute an unwarranted invasion of privacy and would risk subjecting the applicant to embarrassment and harassment.  Since release of the salary and compensation information would provide no insight into the Department's FGE adjudication procedures, the salary and compensation information contained in this letter is properly exempt from disclosure under FOIA Exemption 6.<br><br>The Department conducted a line-by-line review of this letter and determined that there is no additional meaningful, non-exempt information that can be reasonably segregated and released. | | | | | | |

| Bates No. | Doc. Type | Pages | Date / Date Range | Author(s) / Recipient(s) | Review Result | Exemptions |
|---|---|---|---|---|---|---|
| **(5–6)** | | | | | | |
| A-00000224949 | Letter | 2 | 8/8/2018 | PM and the U.S. Navy's Bureau of Naval Personnel | RIP | (b)(4); (b)(6) |
| A-00000224954 | Letter | 2 | 1/7/2019 | PM and the U.S. Army Human Resources Command | | |

**DESCRIPTION:**  These letters were prepared by Department officials within PM to convey the Department's final determination on certain FGE applications, in compliance with the Department's obligations as set out in 37 U.S.C. § 908.

The Department withheld the signatures of Department officials from both letters, and withheld the name of a military service branch official ranked at the O-6 level or below and an FGE applicant's Social Security number from the letter stamped -949.  All of those withholdings were made pursuant to Exemption 6. Descriptions and justifications for those withholdings are provided in the Declaration accompanying this *Vaughn* Index.

The Department also withheld from these letters commercial information that was generated and voluntarily submitted by two former service members and their prospective employers in connection with their FGE applications, as a means of explaining why the applicants' prospective employment would qualify as foreign government employment within the meaning of 37 U.S.C. § 908.[1]  The withheld information is commercial in nature because it relates to the FGE applicants' paid professions and their employer's work.  It consists of information that the applicants and their prospective employer would not customarily disclose to the public and that the prospective employer deemed commercially and financially sensitive.  For these reasons, the Department found that this information is privileged and confidential within the meaning of Exemption 4, 5 U.S.C. § 552(b)(4).

The Department conducted a line-by-line review of these letters and determined that there is no additional meaningful, non-exempt information that can be reasonably segregated and released.

---

[1]       The Department initially released this information by mistake in connection with its September 10, 2021, release.  The Department realized that mistake in advance of its December 6, 2021, release and, along with that release, issued revised versions of the letters stamped -949 and -954 with all Exemption 4 material properly redacted.  The Department informed Plaintiff that the information in question was privileged and confidential and had been provided to the Department by a third party with an expectation that confidentiality would be maintained.  The Department therefore requested, as a professional courtesy, that Plaintiff delete the versions of those records previously produced and replace them with the properly-redacted versions.

**Part B:  Records with Basic Redactions**

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224630 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224631 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224632 | 12/6/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224633 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224634 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224635 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224636 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224637 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224638 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224639 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224640 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224641 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224642 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224643 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224644 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224645 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224646 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224647 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224648 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224649 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224650 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224651 | 12/6/2021 | -- | Yes | -- | Yes | Yes |
| A-00000224652 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224653 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224654 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224655 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224656 | 10/29/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224657 | 12/6/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224658 | 10/29/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224659 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224660 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224661 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224662 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224664 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224666 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224667 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224668 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224669 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224670 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224671 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224672 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224673 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224674 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224675 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224677 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224678 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224679 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224680 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224681 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224682 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224683 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224684 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224685 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224686 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224687 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224688 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224689 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224690 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224691 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224692 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224693 | 10/29/2021 | Yes | Yes | Yes | Yes | -- |
| A-00000224694 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224695 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224696 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224697 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224698 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224699 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224700 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224701 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224702 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224703 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224704 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224705 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224706 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224707 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224708 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224709 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224710 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224711 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224712 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224713 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224714 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224715 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224716 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224717 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224718 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224719 | 12/6/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224720 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224721 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224722 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224723 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224724 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224725 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224726 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224727 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224728 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224729 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224730 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224731 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224732 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224733 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224734 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224735 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224736 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224737 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224738 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224739 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224740 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224742 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224743 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224744 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224745 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224746 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224747 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224748 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224749 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224750 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224751 | 10/29/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224752 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224753 | 10/29/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224754 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224755 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224756 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224757 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224758 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224759 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224760 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224761 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224762 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224763 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224764 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224765 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224766 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224767 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224768 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224769 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224770 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224771 | 12/6/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224772 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224773 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224774 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224775 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224776 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224777 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224778 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224779 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224780 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224781 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224782 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224783 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224784 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224785 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224786 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224787 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224788 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224789 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224790 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224791 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224792 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224793 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224794 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224795 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224796 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224797 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224798 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224799 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224800 | 12/6/2021 | -- | Yes | -- | Yes | Yes |
| A-00000224801 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224802 | 12/6/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224803 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224804 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224805 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224806 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224807 | 12/6/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224808 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224809 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224810 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224811 | 10/29/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224812 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224813 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224814 | 9/10/2021 | Yes | -- | -- | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224815 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224816 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224817 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224818 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224819 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224820 | 10/29/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224821 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224822 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224823 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224824 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224825 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224826 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224827 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224828 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224829 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224830 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224831 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224832 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224833 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224834 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224835 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224836 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224837 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224838 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224839 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224840 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224841 | 9/10/2021 | Yes | Yes | Yes | No | Yes |
| A-00000224842 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224843 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224844 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224845 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224846 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224847 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224848 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224849 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224850 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224851 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224852 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224853 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224854 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224855 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224856 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224857 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224858 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224859 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224860 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224861 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224862 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224863 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224864 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224865 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224866 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224867 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224868 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224869 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224870 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224871 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224872 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224873 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224874 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224875 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224876 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224877 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224878 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224879 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224880 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224881 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224882 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224883 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224884 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224885 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224886 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224887 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224888 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224889 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224890 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224891 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224892 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224893 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224894 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224895 | 9/10/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224896 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224897 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224898 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224899 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224900 | 12/6/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000224901 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224902 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224903 | 9/10/2021 | -- | Yes | -- | Yes | Yes |
| A-00000224904 | 12/6/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224905 | 12/6/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224907 | 9/10/2021 | -- | -- | Yes | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224908 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224909 | 9/10/2021 | -- | Yes | -- | Yes | Yes |
| A-00000224910 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224912 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224913 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224914 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224915 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224916 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224917 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224918 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224919 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224920 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224921 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224922 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000224923 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224924 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224925 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224926 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224927 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224928 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224929 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224930 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224931 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224932 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224933 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224934 | 12/6/2021 | Yes | -- | Yes | Yes | Yes |
| A-00000224935 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224936 | 10/29/2021 | -- | -- | Yes | Yes | -- |
| A-00000224937 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224938 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224939 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224940 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224941 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224942 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224943 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224944 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224945 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224946 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224947 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224948 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224950 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224951 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224952 | 9/10/2021 | -- | Yes | Yes | Yes | -- |
| A-00000224953 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224955 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000224956 | 9/10/2021 | Yes | Yes | Yes | Yes | -- |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000224957 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224958 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224959 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224960 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224961 | 9/10/2021 | -- | Yes | -- | Yes | Yes |
| A-00000224962 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224963 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224964 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224965 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224966 | 12/6/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224967 | 9/10/2021 | -- | Yes | -- | Yes | Yes |
| A-00000224968 | 12/6/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224969 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224970 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224971 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224972 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224973 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224974 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224975 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224976 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224977 | 12/6/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224978 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224979 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224980 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224981 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224982 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224983 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000224984 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224985 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224986 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224987 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224988 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224989 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224990 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224991 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224992 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224993 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224994 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224995 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224996 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224997 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000224998 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000224999 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225001 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225002 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000225003 | 9/10/2021 | -- | -- | Yes | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000225004 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225005 | 10/29/2021 | -- | -- | -- | Yes | Yes |
| A-00000225006 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225007 | 10/29/2021 | -- | -- | -- | Yes | Yes |
| A-00000225008 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000225009 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225010 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225011 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225012 | 12/6/2021 | -- | Yes | -- | Yes | Yes |
| A-00000225013 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225014 | 9/10/2021 | -- | Yes | Yes | Yes | -- |
| A-00000225015 | 9/10/2021 | Yes | Yes | Yes | Yes | Yes |
| A-00000225016 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225017 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225018 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225019 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000225020 | 12/6/2021 | -- | Yes | -- | Yes | Yes |
| A-00000225021 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225022 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225023 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225024 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000225025 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225026 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225027 | 12/6/2021 | -- | Yes | -- | Yes | Yes |
| A-00000225028 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225029 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225030 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225031 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225032 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225033 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225034 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225035 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225036 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225037 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225038 | 12/6/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225039 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225040 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225041 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225042 | 10/29/2021 | -- | -- | -- | Yes | Yes |
| A-00000225043 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225044 | 9/10/2021 | Yes | Yes | -- | Yes | Yes |
| A-00000225045 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225046 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225047 | 9/10/2021 | -- | Yes | -- | Yes | Yes |
| A-00000225048 | 9/10/2021 | -- | Yes | -- | Yes | Yes |
| A-00000225049 | 9/10/2021 | -- | Yes | -- | Yes | Yes |

| Bates No. | Production Date | Name of DOS Official Redacted? | Name of DOD Official Redacted? | Name of Applicant Redacted? | Signature Redacted? | SSN Redacted? |
|---|---|---|---|---|---|---|
| A-00000225050 | 9/10/2021 | Yes | -- | -- | Yes | Yes |
| A-00000225051 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225052 | 9/10/2021 | -- | -- | -- | Yes | Yes |
| A-00000225053 | 9/10/2021 | -- | Yes | Yes | Yes | Yes |
| A-00000225054 | 9/10/2021 | -- | -- | Yes | Yes | Yes |
| A-00000225055 | 9/10/2021 | -- | -- | Yes | Yes | Yes |

# EXHIBIT B

EXPEDITED Freedom of Information Act Request records about Foreign Government Employment (FGE)

Jones, Nate <Nate.Jones@washpost.com>
Tue 10/13/2020 2:30 PM
**To:** FOIARequest@state.gov <FOIARequest@state.gov>

THE WASHINGTON POST
1301 K STREET, N.W.
WASHINGTON, D.C. 20071-7403

October 13, 2020

U.S. Department of State
Office of State-Defense Integration
Bureau of Political-Military Affairs
VIA EMAIL
FOIARequest@state.gov

Re:  EXPEDITED Freedom of Information Act Request records about Foreign Government Employment (FGE)

Dear Information Officer:

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

*All records related to Foreign Government Employment Requests (FGE).  This request includes but is not limited to all State Department approvals and denials of FGE requests. The timeframe for this request is January 1, 2015 until the request is processed.*

I am a representative of the Washington Post, a news media organization primarily engaged in the dissemination of information that is urgently needed to inform the public of actual or alleged Federal Government activity. **This request qualifies for expedited processing** because:
1) knowledge of retired military officers working for foreign governments is a matter of current exigency to the American public;
2) delay in releasing information about retired military officers working for foreign governments will compromise the recognized public interest in being informed of the public debate about interplay between U.S. national security officials and foreign governments (See "Generals Turned Fatcat Lobbyists," Foreign Policy);
3) Application records for Foreign Government Employment are clearly federal government activity; and
4) there are credible claims, including by members of the House Armed Services Committee, that aspects of the government's activity in overseeing Foreign Government Employment applications is improper. (See "Congresswoman Speier Calls for Full Accountability of Flynn for Failing to Seek Approval for Foreign Payments.")
I certify that this information is true and correct to the best of my knowledge. (See *Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001); *Bloomberg, L.P. v. U.S. Food & Drug Admin.*, 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007).

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires under 5

U.S.C. § 552(a)(8), **please release all segregable, non-exempt portions** of documents. To permit me to reach an intelligent and informed decision whether to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As required by the statute, please review whether there is any foreseeable harm from disclosing the requested records, or if any potential harm would be limited in comparison to the public interest in disclosure. As required by 5 U.S.C. § 552(a)(8), please release all such information, even if it technically may fall under a FOIA exemption.

As a representative of the news media, The Washington Post qualifies for **news media fee status** under 5 U.S.C. § 552(a)(4)(A)(ii)(II) and, therefore, may not be charged search and review fees. (See *National Security Archive v. U.S. Department of Defense*, 880 F.2d 1381 (D.C. Cir. 1989), cert denied, 110 S Ct. 1478 (1990)). This request is made as part of a scholarly and news research project that is intended for publication and is not for commercial use. For details on the Post's news reporting activities please see our website at www.washingtonpost.com.

As you know, 5 U.S.C. § 552(a)(4)(A)(viii)(I) prohibits agencies from charging news media organizations duplication fees if the agency does not meet its twenty working day time limit (thirty working days for "unusual" requests).

Additionally, because this information will be used by the Washington Post for the preparation of news articles that will be broadly disseminated to the general public, it will contribute significantly to public understanding of the operations or activities of the government and is not primarily in the Post's commercial interest. As such, please grant a **fee waiver** for any remaining fees incurred.

Please notify me before incurring any cost over $100.

To expedite the release of the requested documents, please disclose them on an interim basis in **electronic format** as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding my request, including its scope, please contact me at nate.jones@washpost.com

Sincerely,
**/S/**
**Nate Jones**


Nate Jones
FOIA Director
The Washington Post
@FOIANate

# EXHIBIT C

Ref: F-2021-00284, Freedom of Information Act Acknowledgement

A_FOIAacknowledgement@groups.state.gov <A_FOIAacknowledgement@groups.state.gov>
Wed 10/14/2020 1:47 PM
**To:** Jones, Nate <Nate.Jones@washpost.com>

CAUTION: EXTERNAL SENDER

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Mr. Jones:

This email acknowledges receipt of your October 13, 2020, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on October 13, 2020, regarding Foreign Government Employment Requests. Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media. This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h). This Office grants your request for a fee waiver.

Also, you requested expedited processing of this request. According to 22 CFR § 171.11(f), requests shall receive expedited processing when a requester demonstrates a "compelling need" for the information exists for one of the following reasons: (1) failure to obtain the requested information on an expedited basis could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (2) the information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal government activity; or (3) failure to release the information would impair substantial due process rights or harm substantial humanitarian interests. Your request does not demonstrate a "compelling need" for the requested information. Therefore, this Office denies your request for expedited processing.

If you are not satisfied with this Office's determination in response to your request for expedited processing, you may administratively appeal to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services, U.S. Department of State, 2201 C Street, NW, Suite B266, Washington, D.C. 20520; or facsimile at 202-485-1718. Your appeal must be postmarked or electronically transmitted within 90 days of the date of this email.

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

/s/ *Nicholas J. Cormier*
Nicholas J. Cormier
Chief, Requester Communications Branch

Office of Information Programs and Services

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

# EXHIBIT D

**United States Department of State**

FL-2021-00435   A-00000225002   "UNCLASSIFIED"   9/10/2021   158

*Washington, D.C.   20520*

UNCLASSIFIED                                October 2, 2019

Vice Admiral Jerome M. Adams, USPHS
Department of Health and Human Services
Office of the Surgeon General
Rockville, MD 20857

Released in Part

Dear Vice Admiral Adams:

    We acknowledge receipt of your letter, which informed us of the Office of the Surgeon General's approval of the employment request for RADM James Lando (USPHS, Retired, and SS (b)(6)     to work with the National Insurance Institute of Israel, the Israeli Ministry of Health and Israeli Health Plans. It is our understanding that RADM Lando would be employed as a physician, researcher and teacher.

The Secretary of State approves this request under the provision of Section 908, Title 37, United States Code, and pursuant to 22 C.F.R. § 3a5. Please inform the applicant of this determination.

My bureau's Directorate of Defense Trade Controls (DDTC) notes that some of RADM Lando's proposed activities (as described in the FGE package) may be considered defense services under the International Traffic in Arms Regulations (ITAR) and may require prior authorization from DDTC.  RADM Lando should carefully review ITAR section 120.9 to make this determination.

Following a review of ITAR section 120.9, RADM Lando may submit to DDTC a written request for an advisory opinion pursuant to ITAR Section 126.9 regarding whether these activities would constitute defense services under the ITAR, and whether the related authorization requirements would apply.  To enable DDTC to issue such an advisory opinion, the request should include significantly more detailed information about the scope and details of the proposed activities.  More information, including the ITAR and the relevant mailing address, can be found on DDTC's website:  www.pmdtc.state.gov.

UNCLASSIFIED

UNCLASSIFIED

Additionally, please inform the applicant that continuing approval under the Emoluments Clause is contingent on the applicant fulfilling his independent obligations relating to the use of classified materials.

Sincerely,

(b)(6)

R. Clarke Cooper
Assistant Secretary