UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC, <br> d/b/a THE WASHINGTON POST, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, et al., <br><br> *Defendants*. | Civ. A. No.   1:21-cv-1025 (APM) |

### DECLARATION OF THE HONORABLE MARY BETH LONG

Pursuant to 28 U.S.C. § 1746, I, Mary Beth Long, declare and state as follows:

1. I am a Principal and Co-Founder of Global Alliance Advisors, LLC ("Global Alliance").

2. In June 2021, the U.S. Department of State (the "Department" or "State") provided me, in my capacity as a representative of Global Alliance, with copies of two records identified by the Department as potentially responsive to the FOIA request submitted by the Plaintiff in this litigation. The Department informed me that the two records might contain privileged or confidential commercial or financial information submitted to the United States Government by Global Alliance and/or its representatives.

3. After reviewing the two documents provided by the Department, I determined that both contain confidential information related to certain of Global Alliance's overseas commercial interests. Global Alliance is a small, closely-held company, and is not subject to the public reporting requirements imposed on public entities. Furthermore, the information at issue has not been published or publicly acknowledged by Global Alliance in any way, including in company press releases, advertisements, interviews, or any other publicly-available source.

1

Release of the withheld information in response to Plaintiff's FOIA would cause significant harm to Global Alliance's commercial interests.

4. The commercial information contained in the two documents at issue was conveyed to the United States Government by two prospective Global Alliance employees in connection with their Foreign Government Employment ("FGE") applications, as a means of explaining why their prospective employment with Global Alliance would qualify as FGE within the meaning of 37 U.S.C. § 908. Upon receipt of that information, the United States Government assured the prospective Global Alliance employees that the information would remain private. I therefore instructed the Department to withhold the confidential commercial information contained in the two documents at issue pursuant to Exemption 4 in order to protect Global Alliance's commercial interests.

* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this  13   day of December 2021, Washington, D.C.

_____
Hon. Mary Beth Long