IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WP COMPANY LLC**<br>**d/b/a THE WASHINGTON POST**,<br><br>            Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF DEFENSE, et al.**,<br><br>            Defendants. | Case No. 21-cv-1025-APM |

### DECLARATION OF CHARLES D. TOBIN

Charles D. Tobin, pursuant to 28 U.S.C. § 1746, declares as follows:

I am a partner in the law firm of Ballard Spahr LLP, counsel for Plaintiff WP Company LLC d/b/a *The Washington Post* (the "*Post*") in this action. I am admitted to practice in this Court. I submit this declaration in support of the *Post*'s Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts herein and would be competent to testify to them.

1.     Attached hereto as Exhibit 1 is a true and correct copy of Foreign Government Employment application records ("FGE records") relating to Air Force Gen. Charles Wald, which Defendants produced in response to the *Post*'s Freedom of Information Act requests at issue in this matter (the "FOIA Requests")

2.     Attached hereto as Exhibit 2 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to Marine Gen. James Mattis.

3.     Attached hereto as Exhibit 3 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to Army Gen. Keith Alexander.

4. Attached hereto as Exhibit 4 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to Army Maj. Gen. John Alternburg, Jr.

5. Attached hereto as Exhibit 5 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to Marine Gen. James L. Jones.

6. Attached hereto as Exhibit 6 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to a retired U.S. Air Force colonel's application to accept employment with ILS International Launch Services Inc.

7. Attached hereto as Exhibit 7 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to two retired Marine colonels' applications to accept employment with Ironhand Security in support of its program with the Ministry of Defense for the Kingdom of Saudi Arabia.

8. Attached hereto as Exhibit 8 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to Army Lt. Gen. Douglas Lute.

9. Attached hereto as Exhibit 9 is a true and correct copy of FGE records, produced by Defendants in response to the *Post*'s FOIA Requests, relating to Army Brig. Gen. Peter Jones.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2022.

/s/ *Charles D. Tobin*
Charles D. Tobin