UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC <br> d/b/a THE WASHINGTON POST, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Civil Action No. 21-1025 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| BALLARD SPAHR LLP | MATTHEW M. GRAVES <br> D.C. Bar # 481052 <br> United States Attorney |
| */s/ Charles D. Tobin (by permission)* <br> Charles D. Tobin, D.C. Bar #455593 <br> Maxwell S. Mishkin, D.C. Bar #1031356 <br> Emmy Parsons, D.C. Bar #7538151 <br> 1909 K Street, N.W., 12th Floor <br> Washington, D.C. 20006 <br> Telephone: (202) 661-2200 <br> Facsimile: (202) 661-2299 <br> tobinc@ballardspahr.com <br> mishkinm@ballardspahr.com <br> parsonse@ballardspahr.com <br><br> *Counsel for Plaintiff* | BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: */s/ Jeremy S. Simon* <br> Jeremy S. Simon (D.C. Bar No. 447956) <br> Assistant United States Attorney, <br> 601 D. Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2528 <br> Jeremy.Simon@usdoj.gov <br><br> *Counsel for the Defendant* |